UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 08-50085-KES |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| LENEE YELLOW ELK and CORRIE DELEON, | ) ) ) | ORDER GRANTING CONTINUANCE |
| Defendants. | ) ) | |

Defendants Yellow Elk and DeLeon both move for a continuance. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendants in a speedy trial. Based on the foregoing, it is therefore

ORDERED that the following deadlines shall apply:

| | |
|---|---|
| Suppression /voluntariness motions | November 19, 2008 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | November 19, 2008 |
| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, shall be held before December 3, 2008 |
| Applications for Writ of Habeas Corpus Ad Testificandum | December 23, 2008 |
| Other motions | December 30, 2008 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | December 30, 2008 |

| | |
|---|---|
| Plea agreement or petition to plead and statement of factual basis | December 30, 2008 |
| Notify court of status of case | December 30, 2008 |
| Motions in limine | January 6, 2009 |
| Proposed jury instructions due | January 6, 2009 |
| Pretrial conference | Monday, January 12, 2009, at 2 p.m. |
| Jury trial | Tuesday, January 13, 2009, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(8)(A); 18 U.S.C. § 3161(h)(7).

All other provisions of the court's standing order remain in effect unless specifically changed herein.

Dated September 16, 2008.

        BY THE COURT:

        /s/ *Karen E. Schreier*
        KAREN E. SCHREIER
        CHIEF JUDGE